Motion Granted.

IT IS SO ORDERED.

s/ *James R. Knepp II*
UNITED STATES DISTRICT JUDGE

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| **Wendy Wobser** | Case No. 3:20-cv-2796 |
| Plaintiff, on her own behalf and on Behalf of the Class defined herein, | Judge James R. Knepp, II |
| v. | **UNOPPOSED MOTION FOR LEAVE TO VOLUNTARILY DISMISS PLAINTIFF'S COMPLAINT WITHOUT PREJUDICE** |
| **Ventra Sandusky, LLC, et al.** | |
| Defendants. | |

Now comes Plaintiff, Wendy Wobser, and requests leave to voluntarily dismiss this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2), and without notice to the Class Members. Plaintiff states that notice to the Class is not required pursuant to Federal Civil Rule 23(e) as the Class has not been certified. Further, the putative Class Members are not prejudiced by the requested voluntary dismissal without prejudice. The basis for this Motion is more fully discussed in the accompanying Memorandum. Plaintiff has consulted with counsel for the Defendants who have granted permission to advise that they di not intend to oppose this motion.

Respectfully submitted,

s/ *Dennis E. Murray, Jr.*
Dennis E. Murray, Jr. (0038509)
Joseph A. Galea (0089550)
MURRAY & MURRAY CO., L.P.A.
111 East Shoreline Drive

        Sandusky, Ohio 44870-2517
Direct Dial: (419) 624-3126
Facsimile: (419) 624-0707
dmj@murrayandmurray.com
jag@murrayandmurray.com

*Attorneys for Plaintiff*